

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00330-CR

Josefa **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8053
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 18, 2018.

_____
Marialyn Barnard, Justice